IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Edward D. Gourn, Jr. and | : | |
| Lauren B. Gourn, | : | |
| | : | |
| | : | |
| | : | Case No. 22-20904 |
| Debtors. | : | |

## AFFIDAVIT OF INCOME

Edward D. Gourn, Jr., Debtor in the within bankruptcy, states that he is employed as a spray man by US Steel Corporation. From January 1, 2022, through the present, he has earned $41,977. He is also the sole proprietor of a lawn care business. From January 1, 2022, through the present, the business has a net income of $1,338. He has no income from any other source.

Lauren B. Gourn, Co-Debtor, states that she is employed as an X-Ray Technician by MedExpress. From January 1, 2022, through the present, she has earned $17,389. She has no income from any other source.

Proof of Debtors' income is attached.

We verify that the statements made in this affidavit are true and correct to the best of our personal knowledge or information and belief. We understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Edward D. Gourn, Jr., Debtor

_____
Lauren B. Gourn, Co-Debtor

United States Steel Corporation
600 Grant Street, Pittsburgh, PA 15219-2800

**05-13-22**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030 665832    10015    03133
Edward D. Gourn Jr
2015 Baldridge Avenue
Connellsville Twp    PA 15425

THIS NOTICE IS NOT NEGOTIABLE

---

**NON-NEGOTIABLE**    RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS.

United States Steel Corporation    600 Grant Street, Pittsburgh, PA 15219-2800    (877) 877-4586

EMP NAME    Edward D. Gourn Jr    LOCATION/USS ID/RESP    6030 665832    10015
EMP ADDRESS    2015 Baldridge Avenue    Connellsville Twp, PA 15425    PAY ENDING    04-30-22
W-4 ELECTIONS: FED W/H EXEM 00    STATE W/H EXEM 00

```
** EARNINGS **                          ** YTD INFORMATION **                  ** CURRENT POSITION DATA **
Profit Sharing         8435.96   Gross Earns            41976.70   POSIT    HRLY   TOT    SUN    OT     HOL    INCENT
* TOTAL GROSS *        8435.96   South Connellsville      209.80   WORKED   RATE   HRS    HRS    HRS    HRS
                                 Federal Tax             7235.13
   ** DEDUCTIONS **              OPT Clairton              20.00   TOTAL            0.0    0.0    0.0    0.0
South Connellsville      42.18   Medicare                 608.43
Federal Tax            1855.91   PA State Tax            1288.20
Medicare                122.32   Social Security         2601.58
PA State Tax            258.98   PA Unemployment           25.19
Social Security         523.03   PA SD Connellsville      209.80
PA Unemployment           5.07   SPT                     2527.00
PA SD Connellsville      42.18   Union Dues               622.17
Union Dues              122.32
* TOTAL DEDUCTIONS *   2971.99

*THIS DISTRIBUTION*    5463.97
```

Congratulations from the senior leadership of U. S. Steel. The Profit Sharing calculation for the first quarter of 2022 will result in the payment shown above. Thank you for your hard work and please keep working safely.
_Please note that this payment is being made on 5/13/2022. The payment shall be subject to all tax withholding as required by applicable law. The payment represents approximately $21.03 per eligible hour up to 480 maximum hours in the quarter.

United States Steel Corporation
600 Grant Street, Pittsburgh, PA 15219-2800

**05-10-22**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE
ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK
ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030 665832   10015    01854
Edward D. Gourn Jr
2015 Baldridge Avenue
Connellsville Twp      PA 15425

THIS NOTICE IS NOT NEGOTIABLE

---

NON-NEGOTIABLE    RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS.

United States Steel Corporation         600 Grant Street, Pittsburgh, PA 15219-2800    (877) 877-4586

EMP NAME       Edward D. Gourn Jr
EMP ADDRESS    2015 Baldridge Avenue    Connellsville Twp, PA 15425
W-4 ELECTIONS: FED W/H EXEM 00    STATE W/H EXEM 00
LOCATION/USS ID/RESP    6030 665832   10015
PAY ENDING    04-30-22

| ** EARNINGS ** | | ** YTD INFORMATION ** | | ** CURRENT POSITION DATA ** | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Base Earns | 1713.31 | Gross Earns | 33540.74 | POSIT | HRLY TOT | SUN | OT | HOL | INCENT |
| Incentive | 57.03 | South Connellsville | 167.62 | WORKED | RATE HRS | HRS | HRS | HRS | |
| Overtime Premium | 24.25 | Federal Tax | 5379.22 | 097630 | 23.47 73.0 | 8.0 | 2.0 | 0.0 | 57.03 |
| Reg Vacation | 245.28 | OPT Clairton | 20.00 | | | | | | |
| Sunday Premium | 97.00 | Medicare | 486.11 | TOTAL | 73.0 | 8.0 | 2.0 | 0.0 | |
| Wash Up Add | 9.38 | PA State Tax | 1029.22 | | | | | | |
| Infltn Recog | 170.67 | Social Security | 2078.55 | | | | | | |
| * TOTAL GROSS * | 2316.92 | PA Unemployment | 20.12 | | | | | | |
| | | PA SD Connellsville | 167.62 | | | | | | |
| ** DEDUCTIONS ** | | SPT | 2527.00 | | | | | | |
| South Connellsville | 11.58 | Union Dues | 499.85 | | | | | | |
| Federal Tax | 304.34 | | | | | | | | |
| OPT Clairton | 2.00 | | | | | | | | |
| Medicare | 33.59 | | | | | | | | |
| PA State Tax | 71.13 | | | | | | | | |
| Social Security | 143.65 | | | | | | | | |
| PA Unemployment | 1.39 | | | | | | | | |
| PA SD Connellsville | 11.58 | | | | | | | | |
| Union Dues | 35.07 | | | | | | | | |
| * TOTAL DEDUCTIONS * | 614.33 | | | | | | | | |
| *THIS DISTRIBUTION* | 1702.59 | | | | | | | | |

United States Steel Corporation
600 Grant Street, Pittsburgh, PA 15219-2800

**04-26-22**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030 665832   10015         05143
Edward D. Gourn Jr
2015 Baldridge Avenue
Connellsville Twp      PA 15425

THIS NOTICE IS NOT NEGOTIABLE

---

NON-NEGOTIABLE     RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS.

United States Steel Corporation     600 Grant Street, Pittsburgh, PA 15219-2800   (877) 877-4586

EMP NAME       Edward D. Gourn Jr
EMP ADDRESS  2015 Baldridge Avenue   Connellsville Twp, PA  15425
W-4 ELECTIONS: FED W/H EXEM 00   STATE W/H EXEM 00

LOCATION/USS ID/RESP   6030 665832   10015
PAY ENDING   04-16-22

** EARNINGS **
| | |
|---|---:|
| Base Earns | 1126.56 |
| Hol Not Work | 193.28 |
| Incentive | 33.33 |
| Reg Vacation | 490.56 |
| * TOTAL GROSS * | 1843.73 |

** DEDUCTIONS **
| | |
|---|---:|
| South Connellsville | 9.22 |
| Federal Tax | 200.24 |
| OPT Clairton | 2.00 |
| Medicare | 26.74 |
| PA State Tax | 56.60 |
| Social Security | 114.31 |
| PA Unemployment | 1.10 |
| PA SD Connellsville | 9.22 |
| Union Dues | 28.17 |
| * TOTAL DEDUCTIONS * | 447.60 |

*THIS DISTRIBUTION*   1396.13

** YTD INFORMATION **
| | |
|---|---:|
| Gross Earns | 31223.82 |
| South Connellsville | 156.04 |
| Federal Tax | 5074.88 |
| OPT Clairton | 18.00 |
| Medicare | 452.52 |
| PA State Tax | 958.09 |
| Social Security | 1934.90 |
| PA Unemployment | 18.73 |
| PA SD Connellsville | 156.04 |
| SPT | 2243.50 |
| Union Dues | 464.78 |

** CURRENT POSITION DATA **

| | HRLY RATE | TOT HRS | SUN HRS | OT HRS | HOL HRS | INCENT |
|---|---:|---:|---:|---:|---:|---:|
| POSIT WORKED 097630 | 23.47 | 48.0 | 0.0 | 0.0 | 0.0 | 33.33 |
| TOTAL | | 48.0 | 0.0 | 0.0 | 0.0 | |

United States Steel Corporation
600 Grant Street, Pittsburgh, PA 15219-2800

**04-12-22**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030 665832   10015         03457
Edward D. Gourn Jr
2015 Baldridge Avenue
Connellsville Twp      PA 15425

THIS NOTICE IS NOT NEGOTIABLE

---

**NON-NEGOTIABLE**  RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS.

United States Steel Corporation          600 Grant Street, Pittsburgh, PA 15219-2800   (877) 877-4586

EMP NAME     Edward D. Gourn Jr
EMP ADDRESS  2015 Baldridge Avenue   Connellsville Twp, PA  15425
LOCATION/USS ID/RESP   6030 665832   10015
W-4 ELECTIONS: FED W/H EXEM 00   STATE W/H EXEM 00
PAY ENDING   04-02-22

** EARNINGS **
Base Earns          1877.60
Incentive             55.55
Overtime Premium      18.12
Sunday Premium       193.32
* TOTAL GROSS *     2144.59

** DEDUCTIONS **
South Connellsville   10.64
Federal Tax          262.96
OPT Clairton           2.00
Medicare              30.87
PA State Tax          65.36
Social Security      131.99
PA Unemployment        1.29
PA SD Connellsville   10.64
ADD Life Ins Adj      10.50
ADD Life Insurance     5.25
Union Dues            32.70
Optional Life Ins      2.20
* TOTAL DEDUCTIONS * 566.40

*THIS DISTRIBUTION*  1578.19

** YTD INFORMATION **
Gross Earns         29380.09
South Connellsville   146.82
Federal Tax          4874.64
OPT Clairton           16.00
Medicare              425.78
PA State Tax          901.49
Social Security      1820.59
PA Unemployment        17.63
PA SD Connellsville   146.82
SPT                  1991.50
Union Dues            436.61

POSIT WORKED   097630

** CURRENT POSITION DATA **
HRLY RATE  23.47
TOT HRS    80.0
SUN HRS    16.0
OT HRS      1.5
HOL HRS     0.0
INCENT     55.55

TOTAL      80.0   16.0   1.5   0.0

United States Steel Corporation
600 Grant Street, Pittsburgh, PA 15219-2800

**03-29-22**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030  665832   10015          02828
Edward D. Gourn Jr
2015 Baldridge Avenue
Connellsville Twp    PA 15425

THIS NOTICE IS NOT NEGOTIABLE

---

**NON-NEGOTIABLE**  RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS.

United States Steel Corporation    600 Grant Street, Pittsburgh, PA 15219-2800    (877) 877-4586

EMP NAME: Edward D. Gourn Jr
EMP ADDRESS: 2015 Baldridge Avenue  Connellsville Twp, PA  15425
LOCATION/USS ID/RESP: 6030  665832   10015
W-4 ELECTIONS: FED W/H EXEM 00   STATE W/H EXEM 00
PAY ENDING: 03-19-22

** EARNINGS **
| | |
|---|---:|
| Base Earns | 1642.90 |
| Incentive | 42.53 |
| Meal Allow | 7.00 |
| Overtime Premium | 84.27 |
| Reg Vacation | 490.56 |
| Wash Up Add | 9.38 |
| * TOTAL GROSS * | 2276.64 |

** DEDUCTIONS **
| | |
|---|---:|
| South Connellsville | 11.38 |
| Federal Tax | 295.48 |
| OPT Clairton | 2.00 |
| Medicare | 33.01 |
| PA State Tax | 69.89 |
| Social Security | 141.15 |
| PA Unemployment | 1.36 |
| PA SD Connellsville | 11.38 |
| Union Dues | 34.49 |
| * TOTAL DEDUCTIONS * | 600.14 |

*THIS DISTRIBUTION*    1676.50

** YTD INFORMATION **
| | |
|---|---:|
| Gross Earns | 27235.50 |
| South Connellsville | 136.18 |
| Federal Tax | 4611.68 |
| OPT Clairton | 14.00 |
| Medicare | 394.91 |
| PA State Tax | 836.13 |
| Social Security | 1688.60 |
| PA Unemployment | 16.34 |
| PA SD Connellsville | 136.18 |
| SPT | 1711.50 |
| Union Dues | 403.91 |

** CURRENT POSITION DATA **
| POSIT WORKED | HRLY RATE | TOT HRS | SUN HRS | OT HRS | HOL HRS | INCENT |
|---|---:|---:|---:|---:|---:|---:|
| 097630 | 23.47 | 70.0 | 0.0 | 7.0 | 0.0 | 42.53 |
| TOTAL | | 70.0 | 0.0 | 7.0 | 0.0 | |

United States Steel Corporation
600 Grant Street, Pittsburgh, PA 15219-2800

**03-15-22**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030 665832   10015   02004
Edward D. Gourn Jr
2015 Baldridge Avenue
Connellsville Twp   PA 15425

THIS NOTICE IS NOT NEGOTIABLE

---

NON-NEGOTIABLE   RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS.

United States Steel Corporation   600 Grant Street, Pittsburgh, PA 15219-2800   (877) 877-4586

EMP NAME: Edward D. Gourn Jr
EMP ADDRESS: 2015 Baldridge Avenue   Connellsville Twp, PA 15425
LOCATION/USS ID/RESP: 6030 665832   10015
W-4 ELECTIONS: FED W/H EXEM 00   STATE W/H EXEM 00
PAY ENDING: 03-05-22

```
** EARNINGS **
Base Earns              1689.84
Incentive                 75.00
Overtime Premium          12.26
Sunday Premium            98.05
* TOTAL GROSS *         1875.15

** DEDUCTIONS **
South Connellsville        9.38
Federal Tax              207.15
OPT Clairton               2.00
Medicare                  27.19
PA State Tax              57.57
Social Security          116.26
PA Unemployment            1.13
PA SD Connellsville        9.38
Union Dues                28.63
Optional Life Ins          2.20
* TOTAL DEDUCTIONS *     460.89

*THIS DISTRIBUTION*     1414.26

** YTD INFORMATION **
Gross Earns            24958.86
South Connellsville      124.80
Federal Tax             4316.20
OPT Clairton              12.00
Medicare                 361.90
PA State Tax             766.24
Social Security         1547.45
PA Unemployment           14.98
PA SD Connellsville      124.80
SPT                     1410.50
Union Dues               369.42
```

| | HRLY RATE | TOT HRS | SUN HRS | OT HRS | HOL HRS | INCENT |
|---|---|---|---|---|---|---|
| POSIT WORKED 097630 | 23.47 | 72.0 | 8.0 | 1.0 | 0.0 | 75.00 |
| TOTAL | | 72.0 | 8.0 | 1.0 | 0.0 | |

** CURRENT POSITION DATA **

United States Steel Corporation
600 Grant Street, Pittsburgh, PA 15219-2800

**03-01-22**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030  665832   10015        05047
Edward D. Gourn Jr
2015 Baldridge Avenue
Connellsville Twp      PA 15425

THIS NOTICE IS NOT NEGOTIABLE

---

| NON-NEGOTIABLE | RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS. |
|---|---|

United States Steel Corporation      600 Grant Street, Pittsburgh, PA 15219-2800   (877) 877-4586

EMP NAME       Edward D. Gourn Jr
EMP ADDRESS   2015 Baldridge Avenue   Connellsville Twp, PA  15425        LOCATION/USS ID/RESP   6030 665832   10015
W-4 ELECTIONS: FED W/H EXEM  00    STATE W/H EXEM  00                      PAY ENDING    02-19-22

```
** EARNINGS **                         ** YTD INFORMATION **                     ** CURRENT POSITION DATA **
Base Earns              938.80    Gross Earns           23083.71   POSIT    HRLY   TOT   SUN   OT   HOL
Incentive                27.78    South Connellsville    115.42   WORKED   RATE   HRS   HRS   HRS  HRS    INCENT
Overtime Premium         12.08    Federal Tax           4109.05   097630   23.47  40.0  8.0   1.0  0.0    27.78
Reg Vacation            735.84    OPT Clairton            10.00
Sunday Premium           96.66    Medicare               334.71   TOTAL           40.0  8.0   1.0  0.0
* TOTAL GROSS *        1811.16    PA State Tax           708.67
                                  Social Security       1431.19
** DEDUCTIONS **                  PA Unemployment         13.85
South Connellsville       9.06    PA SD Connellsville    115.42
Federal Tax             193.07    SPT                   1158.50
Medicare                 26.26    Union Dues             340.79
PA State Tax             55.60
Social Security         112.29
PA Unemployment           1.09
PA SD Connellsville       9.06
Union Dues               27.54
* TOTAL DEDUCTIONS *    433.97

*THIS DISTRIBUTION*    1377.19
```

| Optum Care, Inc. OPERATING AS: OPTUM ATTN--OPERATIONS, MN008-B213 9900 BREN ROAD EAST MINNETONKA, MN 55343 (800)561-0861 | Pay Group: S18-MedExpress Staff Pay Begin Date: 04/24/2022 Pay End Date: 05/07/2022 | Business Unit: UHGID Advice #: 000000049229442 Advice Date: 05/13/2022 Employer ID: 831959511 |
|---|---|---|
| LAUREN B GOURN 2015 BALDRIDGE AVE CONNELLSVILLE, PA 15425 | Employee ID: 001562485 Department: 61897-MedExpress Location: MONROEVILLE-2644 MOSSIDE BLVD Job Title: Radiology Tech Pay Rate: $26.900000 Hourly FLSA Status: Nonexempt | TAX DATA: Federal / PA State Resident / PA State Work Marital Status: Single / N/A / N/A Allowances: N/A / N/A / 0 % Gross AZ: Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 26.900000 | 72.40 | 1,947.56 | 425.34 | 11,311.96 |
| PTO Paid on Leave | | 0.00 | 0.00 | 36.00 | 949.32 |
| Paid Parental Leave | | 0.00 | 0.00 | | 1,936.80 |
| Planned PTO | | 0.00 | 0.00 | 13.02 | 343.34 |
| Short-Term Disability | | 0.00 | 0.00 | | 2,847.95 |
| TOTAL: | | 72.40 | 1,947.56 | 474.36 | 17,389.37 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 143.42 | 1,213.04 |
| Fed MED/EE | 26.92 | 238.94 |
| Fed OASDI/EE | 115.10 | 1,021.68 |
| PA Unempl EE | 1.17 | 10.37 |
| PA Withholdng | 56.99 | 505.89 |
| PA MONROEVILLE Withholdng | 18.57 | 164.79 |
| PA MONROEVILLE LS Tax | 2.00 | 20.00 |
| TOTAL: | 364.17 | 3,174.71 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Savings Plan | 19.48 | 173.90 |
| 401K Savings Plan | 77.90 | 637.02 |
| Dental Pre-Tax | 13.05 | 130.50 |
| Medical Pre-Tax | 75.53 | 755.30 |
| Vision Pre-Tax | 2.48 | 24.80 |
| TOTAL: | 188.44 | 1,721.52 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Accident Insurance | 7.45 | 74.50 |
| TOTAL: | 7.45 | 74.50 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401K Savings Plan | 19.48 | 173.90 |
| 401K Savings Plan | 38.95 | 318.52 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,947.56 | 1,759.12 | 364.17 | 195.89 | 1,387.50 |
| YTD | 17,389.37 | 15,667.85 | 3,174.71 | 1,796.02 | 12,418.64 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 26.21 |
| Purchased PTO: | 0.00 |
| Dis Reserve: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000049229442 | Checking | ******1432 | 1,387.50 |
| TOTAL: | | | 1,387.50 |

**Optum Care, Inc.**
OPERATING AS: OPTUM
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN 55343

Pay Group: S18-MedExpress Staff
Pay Begin Date: 04/10/2022
Pay End Date: 04/23/2022
(800)561-0861

Business Unit: UHGID
Advice #: 000000049031389
Advice Date: 04/29/2022
Employer ID: 831959511

**LAUREN B GOURN**
2015 BALDRIDGE AVE
CONNELLSVILLE, PA 15425

Employee ID: 001562485
Department: 61897-MedExpress
Location: MONROEVILLE-2644 MOSSIDE BLVD
Job Title: Radiology Tech
Pay Rate: $26.900000 Hourly
FLSA Status: Nonexempt

| TAX DATA: | Federal | PA State Resident | PA State Work |
|---|---|---|---|
| Marital Status: | Single | N/A | N/A |
| Allowances: | N/A | N/A | 0 |
| % Gross AZ: | | | |
| Addl. Amount: | | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 26.900000 | 72.79 | 1,958.05 | 352.94 | 9,364.40 |
| PTO Paid on Leave | | 0.00 | 0.00 | 36.00 | 949.32 |
| Paid Parental Leave | | 0.00 | 0.00 | | 1,936.80 |
| Planned PTO | | 0.00 | 0.00 | 13.02 | 343.34 |
| Short-Term Disability | | 0.00 | 0.00 | | 2,847.95 |
| **TOTAL:** | | **72.79** | **1,958.05** | **401.96** | **15,441.81** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 144.62 | 1,069.62 |
| Fed MED/EE | 27.07 | 212.02 |
| Fed OASDI/EE | 115.75 | 906.58 |
| PA Unempl EE | 1.18 | 9.20 |
| PA Withholdng | 57.32 | 448.90 |
| PA MONROEVILLE Withholdng | 18.67 | 146.22 |
| PA MONROEVILLE LS Tax | 2.00 | 18.00 |
| **TOTAL:** | **366.61** | **2,810.54** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Savings Plan | 19.58 | 154.42 |
| 401K Savings Plan | 78.32 | 559.12 |
| Dental Pre-Tax | 13.05 | 117.45 |
| Medical Pre-Tax | 75.53 | 679.77 |
| Vision Pre-Tax | 2.48 | 22.32 |
| **TOTAL:** | **188.96** | **1,533.08** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Accident Insurance | 7.45 | 67.05 |
| **TOTAL:** | **7.45** | **67.05** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401k Savings Plan | 19.58 | 154.42 |
| 401K Savings Plan | 39.16 | 279.57 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,958.05 | 1,769.09 | 366.61 | 196.41 | 1,395.03 |
| YTD | 15,441.81 | 13,908.73 | 2,810.54 | 1,600.13 | 11,031.14 |

## LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 19.84 |
| Purchased PTO: | 0.00 |
| Dis Reserve: | 0.00 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000049031389 | Checking | ******1432 | 1,395.03 |
| **TOTAL:** | | | **1,395.03** |

**Optum Care, Inc.**
OPERATING AS: OPTUM
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN 55343

Pay Group: S18-MedExpress Staff
Pay Begin Date: 03/27/2022
Pay End Date: 04/09/2022
(800)561-0861

Business Unit: UHGID
Advice #: 000000048834921
Advice Date: 04/15/2022
Employer ID: 831959511

LAUREN B GOURN
2015 BALDRIDGE AVE
CONNELLSVILLE, PA 15425

Employee ID: 001562485
Department: 61897-MedExpress
Location: MONROEVILLE-2644 MOSSIDE BLVD
Job Title: Radiology Tech
Pay Rate: $26.900000 Hourly
FLSA Status: Nonexempt

TAX DATA:
| | Federal | PA State Resident | PA State Work |
|---|---|---|---|
| Marital Status: | Single | N/A | N/A |
| Allowances: | | N/A | N/A | 0 |
| % Gross AZ: | | | |
| Addl. Amount: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Paid Parental Leave | | | 968.40 | | 1,936.80 |
| Regular | 26.900000 | 35.43 | 953.07 | 280.15 | 7,406.35 |
| PTO Paid on Leave | | | 0.00 | 36.00 | 949.32 |
| Planned PTO | | | 0.00 | 13.02 | 343.34 |
| Short-Term Disability | | | 0.00 | | 2,847.95 |
| **TOTAL:** | | **35.43** | **1,921.47** | **329.17** | **13,483.76** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 140.45 | 925.00 |
| Fed MED/EE | 26.54 | 184.95 |
| Fed OASDI/EE | 113.49 | 790.83 |
| PA Unempl EE | 1.15 | 8.02 |
| PA Withholdng | 56.19 | 391.58 |
| PA MONROEVILLE Withholdng | 18.30 | 127.55 |
| PA MONROEVILLE LS Tax | 2.00 | 16.00 |
| **TOTAL:** | **358.12** | **2,443.93** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Savings Plan | 19.21 | 134.84 |
| 401K Savings Plan | 76.86 | 480.80 |
| Dental Pre-Tax | 13.05 | 104.40 |
| Medical Pre-Tax | 75.53 | 604.24 |
| Vision Pre-Tax | 2.48 | 19.84 |
| **TOTAL:** | **187.13** | **1,344.12** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Accident Insurance | 7.45 | 59.60 |
| **TOTAL:** | **7.45** | **59.60** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401k Savings Plan | 19.21 | 134.84 |
| 401K Savings Plan | 38.43 | 240.41 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,921.47 | 1,734.34 | 358.12 | 194.58 | 1,368.77 |
| YTD | 13,483.76 | 12,139.64 | 2,443.93 | 1,403.72 | 9,636.11 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 13.47 |
| Purchased PTO: | 0.00 |
| Dis Reserve: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000048834921 | Checking | ******1432 | 1,368.77 |
| **TOTAL:** | | | **1,368.77** |

| Optum Care, Inc.<br>OPERATING AS: OPTUM<br>ATTN--OPERATIONS, MN008-B213<br>9900 BREN ROAD EAST<br>MINNETONKA, MN 55343<br>(800)561-0861 | Pay Group: S18-MedExpress Staff<br>Pay Begin Date: 03/13/2022<br>Pay End Date: 03/26/2022 | Business Unit: UHGID<br>Advice #: 000000048640906<br>Advice Date: 04/01/2022<br>Employer ID: 831959511 |
|---|---|---|
| **LAUREN B GOURN**<br>2015 BALDRIDGE AVE<br>CONNELLSVILLE, PA 15425 | Employee ID: 001562485<br>Department: 61897-MedExpress<br>Location: MONROEVILLE-2644 MOSSIDE BLVD<br>Job Title: Radiology Tech<br>Pay Rate: $26.900000 Hourly<br>FLSA Status: Nonexempt | TAX DATA: Federal / PA State Resident / PA State Work<br>Marital Status: Single / N/A / N/A<br>Allowances: N/A / N/A / 0<br>% Gross AZ:<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Paid Parental Leave | | | 968.40 | | 968.40 |
| Short-Term Disability | | | 569.59 | | 2,847.95 |
| PTO Paid on Leave | | | 0.00 | 36.00 | 949.32 |
| Planned PTO | | | 0.00 | 13.02 | 343.34 |
| Regular | | | 0.00 | 244.72 | 6,453.28 |
| **TOTAL:** | | 0.00 | **1,537.99** | 293.74 | 11,562.29 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 96.73 | 784.55 |
| Fed MED/EE | 20.98 | 158.41 |
| Fed OASDI/EE | 89.71 | 677.34 |
| PA Unempl EE | 0.92 | 6.87 |
| PA Withholdng | 44.42 | 335.39 |
| PA MONROEVILLE Withholdng | 14.47 | 109.25 |
| PA MONROEVILLE LS Tax | 2.00 | 14.00 |
| **TOTAL:** | **269.23** | **2,085.81** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Savings Plan | 15.38 | 115.63 |
| 401K Savings Plan | 61.52 | 403.94 |
| Dental Pre-Tax | 13.05 | 91.35 |
| Medical Pre-Tax | 75.53 | 528.71 |
| Vision Pre-Tax | 2.48 | 17.36 |
| **TOTAL:** | **167.96** | **1,156.99** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Accident Insurance | 7.45 | 52.15 |
| **TOTAL:** | **7.45** | **52.15** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401k Savings Plan | 15.38 | 115.63 |
| 401K Savings Plan | 30.76 | 201.98 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,537.99 | 1,370.03 | 269.23 | 175.41 | 1,093.35 |
| YTD | 11,562.29 | 10,405.30 | 2,085.81 | 1,209.14 | 8,267.34 |

### LEAVE PLAN

| | |
|---|---|
| Paid Time Off: | 7.10 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000048640906 | Checking | ******1432 | 1,093.35 |
| **TOTAL:** | | | **1,093.35** |

| Optum Care, Inc. | | Pay Group: | S18-MedExpress Staff | Business Unit: | UHGID |
| --- | --- | --- | --- | --- | --- |
| OPERATING AS: OPTUM | | Pay Begin Date: | 02/27/2022 | Advice #: | 000000048447750 |
| ATTN--OPERATIONS, MN008-B213 | | Pay End Date: | 03/12/2022 | Advice Date: | 03/18/2022 |
| 9900 BREN ROAD EAST | | | | | |
| MINNETONKA, MN 55343 | | (800)561-0861 | | Employer ID: | 831959511 |

| | | | | | TAX DATA: | Federal | PA State Resident | PA State Work |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LAUREN B GOURN | Employee ID: | 001562485 | | | | | | |
| 2015 BALDRIDGE AVE | Department: | 61897-MedExpress | | | Marital Status: | Single | N/A | N/A |
| CONNELLSVILLE, PA 15425 | Location: | MONROEVILLE-2644 MOSSIDE BLVD | | | Allowances: | N/A | N/A | 0 |
| | Job Title: | Radiology Tech | | | % Gross AZ: | | | |
| | Pay Rate: | $26.900000 Hourly | | | Addl. | | | |
| | FLSA Status: | Nonexempt | | | Amount: | | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Short-Term Disability | | | 1,139.18 | | 2,278.36 |
| PTO Paid on Leave | 26.370000 | 36.00 | 949.32 | 36.00 | 949.32 |
| Planned PTO | | | 0.00 | 13.02 | 343.34 |
| Regular | | | 0.00 | 244.72 | 6,453.28 |
| TOTAL: | | 36.00 | 2,088.50 | 293.74 | 10,024.30 |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 159.49 | 687.82 |
| Fed MED/EE | 28.96 | 137.43 |
| Fed OASDI/EE | 123.84 | 587.63 |
| PA Unempl EE | 1.26 | 5.95 |
| PA Withholdng | 61.32 | 290.97 |
| PA MONROEVILLE Withholdng | 19.97 | 94.78 |
| PA MONROEVILLE LS Tax | 2.00 | 12.00 |
| TOTAL: | 396.84 | 1,816.58 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| 401k Savings Plan | 20.89 | 100.25 |
| 401K Savings Plan | 83.54 | 342.42 |
| Dental Pre-Tax | 13.05 | 78.30 |
| Medical Pre-Tax | 75.53 | 453.18 |
| Vision Pre-Tax | 2.48 | 14.88 |
| TOTAL: | 195.49 | 989.03 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Accident Insurance | 7.45 | 44.70 |
| TOTAL: | 7.45 | 44.70 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| 401k Savings Plan | 20.89 | 100.25 |
| 401K Savings Plan | 41.77 | 171.22 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 2,088.50 | 1,893.01 | 396.84 | 202.94 | 1,488.72 |
| YTD | 10,024.30 | 9,035.27 | 1,816.58 | 1,033.73 | 7,173.99 |

## LEAVE PLAN

| | |
| --- | --- |
| Paid Time Off: | 13.47 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
| --- | --- | --- | --- |
| Advice #000000048447750 | Checking | ******1432 | 1,488.72 |
| TOTAL: | | | 1,488.72 |

**Optum Care, Inc.**
OPERATING AS: OPTUM
ATTN--OPERATIONS, MN008-B213
9900 BREN ROAD EAST
MINNETONKA, MN 55343

Pay Group: S18-MedExpress Staff
Pay Begin Date: 02/13/2022
Pay End Date: 02/26/2022
(800)561-0861

Business Unit: UHGID
Advice #: 000000048254483
Advice Date: 03/04/2022
Employer ID: 831959511

**LAUREN B GOURN**
2015 BALDRIDGE AVE
CONNELLSVILLE, PA 15425

Employee ID: 001562485
Department: 61897-MedExpress
Location: MONROEVILLE-2644 MOSSIDE BLVD
Job Title: Radiology Tech
Pay Rate: $26.370000 Hourly
FLSA Status: Nonexempt

TAX DATA:
| | Federal | PA State Resident | PA State Work |
|---|---|---|---|
| Marital Status: | Single | N/A | N/A |
| Allowances: | N/A | N/A | 0 |
| % Gross AZ: | | | |
| Addl. Amount: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Short-Term Disability | | | 1,139.18 | | 1,139.18 |
| Planned PTO | | 0.00 | | 13.02 | 343.34 |
| Regular | | 0.00 | | 244.72 | 6,453.28 |
| **TOTAL:** | | 0.00 | 1,139.18 | 257.74 | 7,935.80 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 51.27 | 528.33 |
| Fed MED/EE | 15.20 | 108.47 |
| Fed OASDI/EE | 64.98 | 463.79 |
| PA Unempl EE | 0.66 | 4.69 |
| PA Withholdng | 32.18 | 229.65 |
| PA MONROEVILLE Withholdng | 10.48 | 74.81 |
| PA MONROEVILLE LS Tax | 2.00 | 10.00 |
| **TOTAL:** | 176.77 | 1,419.74 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Savings Plan | 11.39 | 79.36 |
| 401K Savings Plan | 45.57 | 258.88 |
| Dental Pre-Tax | 13.05 | 65.25 |
| Medical Pre-Tax | 75.53 | 377.65 |
| Vision Pre-Tax | 2.48 | 12.40 |
| **TOTAL:** | 148.02 | 793.54 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Accident Insurance | 7.45 | 37.25 |
| **TOTAL:** | 7.45 | 37.25 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401k Savings Plan | 11.39 | 79.36 |
| 401K Savings Plan | 22.79 | 129.45 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,139.18 | 991.16 | 176.77 | 155.47 | 806.94 |
| YTD | 7,935.80 | 7,142.26 | 1,419.74 | 830.79 | 5,685.27 |

### LEAVE PLAN
| | |
|---|---|
| Paid Time Off: | 49.47 |
| Purchased PTO: | 0.00 |
| Sick: | 0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000048254483 | Checking | ******1432 | 806.94 |
| **TOTAL:** | | | 806.94 |