IN THE UNITED STATES BANKRUPTCY COURT
FOR THE            WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>    **Edward D. Gourn, Jr.**<br>    **Lauren B. Gourn**<br><br>                              Debtor<br><br>    **Edward D. Gourn, Jr.**<br>    **Lauren B. Gourn**<br><br>Movant<br><br>                   v.<br><br>No Respondent | : : : : : : : : : : : : : : : | Bankruptcy No. **22-20904**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Daniel R. White 78718__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Daniel R. White**
    Signature
    **Daniel R. White 78718**
    Typed Name
    **P.O. Box 2123**
    **Uniontown, PA 15401**
    Address
    **724-439-9200 Fax:724-439-8435**
    Phone No.
    **78718 PA**
    List Bar I.D. and State of Admission

Mon Health Medical Center
P.O. Box 1615
Morgantown, WV 26507

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

UPMC Magee Womens Hospital
Attn: Billing Department
300 Halket Street
Pittsburgh, PA 15213-3180