File No.: 9837-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Edward D. Gourn, Jr., | : | Case No. 22-20904 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 26 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I, Daniel R. White, Attorney for Debtors, certify that on May 25, 2022, I served a copy of the Court's May 25, 2022, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at United States Steel Corporation, Attn: Payroll Manager, 600 Grant Street, Pittsburgh, PA 15219-2800.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: May 25, 2022

                ZEBLEY MEHALOV & WHITE, P.C.
                BY

                /s/ Daniel R. White
                      Daniel R. White
                      PA I.D. No. 78718
                      P.O. Box 2123
                      Uniontown, PA 15401
                      724-439-9200
                      Email: dwhite@Zeblaw.com
                      Attorneys for Debtors