File No.: 9837-002

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 22-20904 CMB |
| | : | |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : | Chapter 13 |
| | : | |
| | : | Related to Document No. |
| Debtors. | : | |
| | : | |
| Edward D. Gourn, Jr., | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| United States Steel Corporation and Ronda J. Winnecour, | : | |
| | : | |
| | : | |
| Respondents. | : | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor, having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that: until further order of this Court, the entity from which the Debtor receives income:

> Unites States Steel Corporation
> Attn: Payroll Manager
> 600 Grant Street
> Pittsburgh, PA 15219-2800

(1)    shall deduct from said income the sum of $1,435 bi-weekly (every 2 weeks), beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR
> CHAPTER 13 TRUSTEE, W.D. PA
> P.O. BOX 84051
> CHICAGO, IL 60689-4002

(2)    the Debtor is paid bi-weekly (every 2 weeks), and the monthly plan payment is $3,105.

(3)    the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

(4)    the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

(5)    that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

(6)    NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.

(7)    this order supersedes previous orders made to the Respondent in this case.

(8)    the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

(9)    That the Debtor shall remain responsible for timely making all monthly payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor and this estate.

DATED this ___25th___ day of _____May_____, 2022.

*Carlota M. Böhm*
dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
5/25/22 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 22-20904-CMB

Edward D. Gourn, Jr.                                                                            Chapter 13

Lauren B. Gourn
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2

Date Rcvd: May 25, 2022                       Form ID: pdf900                                Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward D. Gourn, Jr., Lauren B. Gourn, 2015 Baldridge Ave., Connellsville, PA 15425-5232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Lauren B. Gourn lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Edward D. Gourn  Jr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                        User: auto                                    Page 2 of 2
Date Rcvd: May 25, 2022                     Form ID: pdf900                               Total Noticed: 1
TOTAL: 6