IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20904 CMB |
| | : | |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : | Chapter 13 |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | Related to Document No. |
| Edward D. Gourn, Jr. and Lauren B. Gourn, | : | |
| | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |

No Respondents.

AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_    Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_    Summary of Schedules
\_\_\_\_    Schedule A - Real Property
\_\_\_\_    Schedule B - Personal Property
\_\_\_\_    Schedule C - Property Claimed as Exempt
\_\_\_\_    Schedule D - Creditors holding Secured Claims
        Check one:
            \_\_\_\_    Creditor(s) added
            \_\_\_\_    NO creditor(s) added
            \_\_\_\_    Creditor(s) deleted
\_\_\_\_    Schedule E - Creditors Holding Unsecured PriorityClaims
        Check one:
            \_\_\_\_    Creditor(s) added
            \_\_\_\_    NO creditor(s) added
            \_\_\_\_    Creditor(s) deleted
\_\_\_\_    Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
            \_\_\_\_    Creditor(s) added
            \_\_\_\_    NO creditor(s) added
            \_\_\_\_    Creditor(s) deleted
\_\_\_\_    Schedule G - Executory Contracts and Unexpired Leases
        Check one:

    \_\_\_\_ Creditor(s) added
    \_\_\_\_ NO creditor(s) added
\_\_\_\_ Creditor(s) deleted
\_\_\_\_ Schedule H - Codebtors
_X_ Schedule I - Current Income of Individual Debtor(s) **(Amended to reflect Debtor-Husband's new job and reduced household income)**
\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_ Statement of Financial Affairs
\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_ PAWB Local Form 6 (11/21) Page 2 of 2
\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_ Other _____

Date: October 5, 2023

                                                     /s/ Daniel R. White_____
                                                     Daniel R. White
                                                     PA I.D. No. 78718
                                                     Zebley Mehalov & White, P.C.
                                                     P. O. Box 2123
                                                   Uniontown, PA 15401
                                                 Email: dwhite@Zeblaw.com
                                                 (724) 439-9200
                                                 Attorney for Debtor

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Edward D. Gourn, Jr. |
| Debtor 2 (Spouse, if filing) | Lauren B. Gourn |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (If known) | 22-20904 CMB |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Laborer | X-Ray Technician |
| Employer's name | Crown Cork & Seal | MedExpress |
| Employer's address | 770 Township Line Road<br>Yardley, PA 19067 | 2644 Mosside Blvd.<br>Monroeville, PA 15146 |
| How long employed there? | 1 month | 1.5 years |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 3,500.00 | $ 4,610.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 3,500.00 | $ 4,610.00 |

Official Form 106I     **Schedule I: Your Income**     page 1

| Debtor 1 | Edward D. Gourn, Jr. | | |
|---|---|---|---|
| Debtor 2 | Lauren B. Gourn | Case number (*if known*) | **22-20904 CMB** |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | | 4. | $ **3,500.00** | $ **4,610.00** |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ **670.00** | $ **865.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | | $ **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | | $ **0.00** | $ **270.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | | $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | | $ **0.00** | $ **205.00** |
| | 5f. **Domestic support obligations** | 5f. | | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | | $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ **670.00** | $ **1,340.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ **2,830.00** | $ **3,270.00** |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ **750.00** | $ **0.00** |
| | 8b. **Interest and dividends** | 8b. | | $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | 8d. | | $ **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. | | $ **0.00** | $ **0.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ **0.00** | $ **0.00** |
| | 8g. **Pension or retirement income** | 8g. | | $ **0.00** | $ **0.00** |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | | $ **0.00** + | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ **750.00** | $ **0.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ **3,580.00** + $ **3,270.00** = $ **6,850.00** |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | | | 11. +$ | **0.00** |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | | | 12. $ | **6,850.00** **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: **Debtor husband changed jobs in August 2023. Current household income reflected above as of the end of September 2023.**