**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EDWARD D. GOURN, JR.<br>LAUREN B. GOURN<br>  Debtor(s)<br><br>Ronda J. Winnecour<br>  Movant<br>    vs.<br>No Repondents. | Case No.:22-20904 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 05/09/2022 and confirmed on 06/24/2022. The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 58,899.30 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,899.30 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,953.49 | |
|   Trustee Fee | 2,797.56 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,751.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 15,002.41 | 0.00 | 15,002.41 |
|     Acct: 0866 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,662.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 0866 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 18,196.86 | 4,892.96 | 1,901.22 | 6,794.18 |
|     Acct: 7085 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5310 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4892 | | | | |
|   ALLY BANK(*) | 28,852.42 | 8,127.44 | 2,967.58 | 11,095.02 |
|     Acct: 5015 | | | | |
|   CLEARVIEW FCU** | 50,795.86 | 14,393.79 | 4,856.30 | 19,250.09 |
|     Acct: 0421 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5015 | | | | |
| | | | | 52,141.70 |

Priority

| 22-20904 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDWARD D. GOURN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDWARD D. GOURN, JR. | 6.55 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC(++) | 3,953.49 | 3,953.49 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ | 46.51 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ | 1,200.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 6.55 | 6.55 | 0.00 | 6.55 |
| Acct: XXXXXXXXXXXXXXXXX0904 | | | | |
| | | | | 6.55 |
| **Unsecured** | | | | |
| ECMC(*) | 1,853.70 | 0.00 | 0.00 | 0.00 |
| Acct: 1252 | | | | |
| ECMC(*) | 1,532.47 | 0.00 | 0.00 | 0.00 |
| Acct: 1252 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,758.52 | 0.00 | 0.00 | 0.00 |
| Acct: 3115 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 6,157.54 | 0.00 | 0.00 | 0.00 |
| Acct: 5287 | | | | |
| CITIBANK NA** | 6,597.67 | 0.00 | 0.00 | 0.00 |
| Acct: 1855 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 1,159.24 | 0.00 | 0.00 | 0.00 |
| Acct: 9878 | | | | |
| LVNV FUNDING LLC | 2,230.19 | 0.00 | 0.00 | 0.00 |
| Acct: 7610 | | | | |
| LVNV FUNDING LLC | 1,879.26 | 0.00 | 0.00 | 0.00 |
| Acct: 0564 | | | | |
| DISCOVER BANK(*) | 5,992.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6092 | | | | |
| QUANTUM3 GROUP LLC - AGNT MERCUR | 3,775.73 | 0.00 | 0.00 | 0.00 |
| Acct: 9471 | | | | |
| MERRICK BANK | 2,049.57 | 0.00 | 0.00 | 0.00 |
| Acct: 0616 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6336 | | | | |
| MON HEALTH MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7810 | | | | |
| PNC BANK NA | 9,964.93 | 0.00 | 0.00 | 0.00 |
| Acct: 2867 | | | | |
| LVNV FUNDING LLC | 9,058.56 | 0.00 | 0.00 | 0.00 |
| Acct: 0855 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,143.58 | 0.00 | 0.00 | 0.00 |
| Acct: 9639 | | | | |
| MAGEE-WOMENS HOSPITAL OF UPMC | 421.51 | 0.00 | 0.00 | 0.00 |
| Acct: 3932 | | | | |
| UPSTART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9116 | | | | |
| PINK DOGWOOD 13 LLC | 3,505.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1921 | | | | |
| SYNCHRONY BANK | 7,323.39 | 0.00 | 0.00 | 0.00 |
| Acct: 5310 | | | | |

| 22-20904 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   SYNCHRONY BANK | 5,704.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 4892 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0855 | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KAREN SHOWMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | 52,148.25 |
|---|---|

TOTAL CLAIMED
| PRIORITY | 6.55 |
| SECURED | 99,507.47 |
| UNSECURED | 74.108.26 |

Date: 08/06/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com