# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lauren B. Gourn<br>Edward D. Gourn Jr.<br>                        **Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>                        **Movant**<br>    vs.<br><br>Lauren B. Gourn<br>Edward D. Gourn Jr.<br>                        **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>                        **Trustee** | BK NO. 22-20904 CMB<br><br>Chapter 13<br><br>Related to Claim No. 11 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 20, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Lauren B. Gourn
2015 Baldridge Avenue
Connellsville, PA 15424

Edward D. Gourn Jr.
2015 Baldridge Avenue
Connellsville, PA 15424

<u>Attorney for Debtor(s)</u>
Daniel R. White, Esq.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: <u>April 20, 2023</u>

                                            */s/ Brian C. Nicholas*
                                            Brian C. Nicholas Esquire
                                            Attorney I.D. 317240
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            201-549-5366
                                            bnicholas@kmllawgroup.com